JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS FERNANDEZ,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendants.

Case No. 5:25-cv-01439-AB (SPx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not completed. Per the parties' Notice, any motion for attorneys' fees must be filed within 45 days of this Order.

Dated:  April 17, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1